**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 7 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 19-1824 MV |
| vs. | ) Count 1: 18 U.S.C. §§ 1153 and<br>) 1112(a): Voluntary Manslaughter; |
| **TERRY DEMETRI TSETHLIKAI**, | ) Count 2: 18 U.S.C. §§ 1153 and<br>) 113(a)(6): Assault Resulting in Serious |
| Defendant. | ) Bodily Injury; |
| | ) Count 3: 18 U.S.C. §§ 1153 and<br>) 113(a)(3): Assault with a Dangerous<br>) Weapon. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about November 23, 2018, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **TERRY DEMETRI TSETHLIKAI**, an Indian, upon sudden quarrel and therefore without malice, unlawfully killed John Doe 1.

In violation of 18 U.S.C. §§ 1153 and 1112(a).

Count 2

On or about November 23, 2018, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **TERRY DEMETRI TSETHLIKAI**, an Indian, assaulted Jane Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

Count 3

On or about November 23, 2018, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **TERRY DEMETRI TSETHLIKAI**, an Indian, assaulted John Doe 2 with a dangerous weapon, specifically, a knife, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
1/3/2019 11:23 AM